21-cv-1647 MJD/LIB

The defendant in the action is the property, not a person. Examples of in rem jurisdiction are libel actions in admirality, against a vessel quiet title actions to property within the jurisdiction, or over a marital community. When a court exercises in rem jurisdiction it can affect rights title and/or ownership of the of the subject ("thing") even as to parties over whom the court does not have personal (in person am) jurisdiction.

Judge: An office held by an individual invested by law with the authority to preside over a legal proceeding. The judge you should carefully read the appeliate rule and consider hiring a lawyer if you plan to file an appeal.

Cover Sheet

Prisoner's Complaint under the Civil Rights Act, 42 U.S.C. §1983 Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 (Non-Prisoners)

39

RECEIVED BY MAIL
JUL 16 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 16 2021
U.S. DISTRICT COURT MPLS

State Supreme Court — were properly asked to review the issue and then refused to correct the federal error.

3) The petition must generally be filed within one (1) year after the Supreme Court refused to correct the claimed error.

4) All claim should be stated in the first petition filed in federal court a second or subsequent petition can only be filed with permission from the United States Court of Appeals for the Ninth Circuit.

5) Finally you should use the form provided by the Court, which can be obtained at the Clerk's Office

2. Petitioners Convicted in Federal Court Homicide

If you are in jail or are otherwise "in custody" as a result of a federal conviction you may ask the federal district court to set aside the conviction or correct the sentence received. You must show: (a) that the sentence was imposed in violation of the Constitution or law of the United States; (b) that the court was without jurisdiction to impose the sentence; (c) that

Weapons Lethal Death
$.95 million Dollars No Filing
Fees Supplement Award
Medical Medications Malpractice
Treatment Media Federal
Discrimination Skirts Pratice
Law Procedures Process
And Declare Violation
Violating and Lying Games
Damage Private Properties
Instruments Technicians
Stimulate Defence and
Extortions Media Federal
Corospond Corrsponding
Given Misleed false Information
Communicate Dealt Unlawfuly
Violate Dosmestic Manslaughter
and Crimes Commited
Distrubiton and Default
Communications
Bittering and Battering

ORS 659A-406 Case
Violations ORS 194-980

Nikita Ozkan                    Govermental
                                Conspiracy

In The United States
District Court
For the District of St.
Federal Judgement
Federal Courts and Documents
Statues
Under 475-866 Manufacturing
or Drug Racateering and To Control
Substance And Manufacturing
Laundering Given Misheard
False Imprising To Under
Or Impose False Information
Of Arm Inforce Conspiracy Media
Weapons Lethal Death
$10 Million Dollars C/O Filing
Fees Supplement Award
Medical Medication Malpractice
Treatment Civil's Federal
And Practice Law Damages.

Het or 3) it you are appealing a decision of a federal agency such as the Social Security Administration

## B. Petition for Writ of Habeas Corpus

1) Petitioners Convicted in State Court

If you are in jail or otherwise "in custody" as a result of an State Court conviction you may ask the federal district court to set aside your state Court conviction if it violated the Constitution or laws of the United States. You may Challenge the fact or duration of the confinement. This challenge is brought as a petition for writ of habeas Corpus against the person or custodian who holds you in custody, usually the warden at your institution or the Commissioner of the Department of Corrections. Before you file a State.

Be compensated, but there must usually be a related physical injury.

Relief

You must tell the Court what you want it to do to remedy the wrong you believe you have suffered. There are several types of relief usually requested.

## Statement of Claim
(continued):

Filing Request Physical Pain
Medical Treatment Arrive
Armed Forced Giving Mislead
Correspond Simplisets Page Games
Federal Bureaus Governmentals
Comprise of Human Pursuit
Governmental Contribute Governmental
Distributions Federal Governmental
To Contribute Conspiracy
Award Supplements Conspiracy
-Media

The complaint can be filed by hand-delivering or mailing it to the Clerk's Office. The original signed complaint should be filed together with 1) a completed cover sheet, which you can obtain from the Clerk's Office 2) an original fully completed summons form for each named defendant and 3) Filing Fee, unless the plaintiff is applying to proceed without prepayment of fees. This does not automatically waive other if it is de by the Court.

The requirements for prisoners seeking to waive award prepayment of fees are different than for people who are not incarcerated. If you a prisoner, you should carefully read the instructions attached to the Court's form to make sure you meet all requirements. The Clerk's Office will accept a complaint without the filing fee if, at the time the case is filed, the plaintiff files the appropriate application. The forms are available upon request from the Clerk's Office. If the application to waive prepayment of fees is denied.

District Court Judgement
Several Parts (Fed. R. 666)

Civil Right Suite Under 42 USC.
Filing thru Federal Courts
Complements thru Fats. Act and
Bussiness Decloine or File Jawsuite
thru 1999. Home Industries in
Working Corporations and thine
all bussines State Land Resof
Motel Impose Bar Association
and motel And Court Hearings
Investigations and Reindue
Home fund of property of
personals privacies statues firm
and findings courts justice.
Twentieth Scientists dotermined
Nistural Bookgrounds source
medical diagnostic the nineteenth -
Century pioneers of Radiation s
Science were at first Unware
of Radiations Interent Danger
of Benefit Medical Effects .
STN. 3949-6. Fed.
Private / Class Offenses
Homicied Comm: the of Associate

in the proceedings makes the
conviction open to challenge.
    Before you file a motion under
remember two things:
(1) The motion must be filed except
under certain limited circumstances
within one year of the date that
the federal conviction became
final.
2) All claims should be stated in
the first petition; a second
or subsequent motion can only be
filed with permission from the
United States Court of Appeals
for the Ninth Circuit.
(3) Finally, you should use the form
provided by the court which can be
obtained from the Clerk's Office.
B. Civil Rights Actions Not Complaint
    Under the federal civil Rights Act,
a person who acts under color
of state law (such as state official
or employee) to violate another's
constitutional rights may be liable
for damages. If you claim violations
of your constitutional rights while
in confinement, you must first
seek relief through your prison

Claim 2: On or about _____, my civil right to

Domestic Media Communication

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Technician Instruments

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

PUNITIVE Damages Filing Seal
Certificated Documents Homicide
Offense Intent Mislead Fal
Information Cernity Degree        Control
Interstern Racatar To Manufacture
and Launder Ten Million and Imposing
Imposed Murder $50 million
Stimulant Definitions Define
and Acts Offenses To Impose Privacy
Person Invasion Perimtated Crimes
Commit Comitted Validated and
Private Property Mislead Corruspond
and Corroding Head Games and Human
and Compromise Conspiracy Media Act
Action $5 million Supplements and
Contribute Distributing Conspiracys
Delabration Delabrate Commit
          Settlement

PS02 – § 1983
Dec. 2013
Page 4 of 7

you will be required to pay the
filing fee before the case will proc
If the filing is not within a
specified period of time the case
could be dismissed. In addition, y
Court is required to dismiss the com
if the Court finds an allegation o
property to be untrue.

B. Contents of the Complaint
A complaint should contain the
following information:
1.) Name of the Court: United
States District Court for the
District of State.
2.) Plaintiff's name address and
Place this information at the
top left hand corner of the first
page of the complaint. It is
mandatory that you keep the
Clerk's Office and the opposing
party informed of your current
address and during the entire
lawsuit. This information should
be included on the first page of
documents you file. Certified
Certificate Documents
3.) Full names of all defendants
the complaints you may not use "you
describe defendants but must list

the defendant in the action is the property, not a person. Examples of in rem jurisdiction are libel actions in admirality against a _____ quiet title actions to property within the jurisdiction, or over a marital community. When a court exercises in rem jurisdiction it can affect rights title and/or ownership of the of the subject ("thing") even as to parties over when the court does not have personal (in person am) jurisdiction.

Judge: An office held by an individual invested by law with the authority to preside over a legal proceeding the judge you should carefully read the applied rule and consider hiring a lawyer if you plan to file an appeal.

Cover Sheet
   Prisoner's Complaint under the Civil Rights Act. 42 U.S.C. § 1983 Complaint Under the Civil Rights Act. 42 U.S.C. § 1983 (Non-Prisoners)

39.

Nikita Okzer

$ 100000 million Dollars
Supplement In District Court
District
Plaintiff Class have been injured
a legitmate fear here, this suit
ability to benefits from by the
Action seek to Enforced their
Constitutional Right in Accordance
with current protest standards
and to be freedom Defendeate
United States Constitution
realizy the defendants have
violated The rights of plaintiffs
to the privacy as sexual Action
as Class Action, the Federal
Declare in Action described
here in violates The plaintiffs
right under false Information
a future Expose
Due process of the Amendent
to the United States Constitution
and The First Amendment of
the United States Constitution Civil
Rights Level of Safety and Privacy

In The United States

District Court
For The District of OREGON
One Million Dollars

Wave Reghtis, Radiation Services
Exposures Photography Image
Specefying Material Wire Tapping
T.V. Visual Sound Effects
Interaduced Into Television
Disturbence and Applesfical
Sounds Motion Illegal Agravate
Methois Consituted 135-250
Domestic Impose to Man
Slaughter Your Offense Slaughter
Crime Media Human Trafficking
Corresponding to Mishead
and to Crime Degree Homcide
Impose Imposed Instifficele
Instathonal Criminal Crimes
Committeeded and Committed
Privacy Phrasing 80.805
Ensifictions and Inmates
Imprisonment

District Court Judgement
Several Parts (Fed. R. 666)

Civil Right Suits Under 42 USC
Filing thru Federal Courts
Complainents thru State Act and
Bussiness Declare or File Lawsuits
thru 1999. Home Industries and
Working Corporations and thru
all bussiness State Land Resorts
Motel Impasse Bar Associations
and motal And Court Hearings
Investigations and Residence
Home land of property of
personals privacies statues form
and findings courts justice.
Twentieth Seventies determined
Natural Backgrounds source.
Medical diagnostic the nineteenth-
Century pioneers of Radiations
Science were at first Unware
of Radiations Interest Danger
& Benefit Medical Effects.
STN. 3949-6. Fed.
Private / Class Offenses
Homicied Committed Associates

Honor Serve Pledge

American Civillins Burdens

United States District Court
of The District of Oregon $15 million
Supplement of Liquor Control Commission
of Oregon Liquor Control Beverages
Consume Factor Non Defeat Administrate
Inflick Conflick Lack Confront Govern
Mislead False Damages Certificate Approve
71-244 Damages Liability 471-567
Manufacture for 475-762 Possessions for
76-824 Inform Information False in Pose
Conduct Racatueer Launder Governmental
Control Substance Debt Impose $25 million
and Disclosures Supplement Declare
Declaration File or Sue To Supplement Awa
Objections Contributions Distributions Fundou
80-927

CASE #12N-0044 DA #_____          COURT CASE #

State of Oregon        }
                       } iNSTRumenT        PROBABLE CAU
County of Lincoln      }

I, the undersigned police officer, after first being duly sworn upon oath, do her
following information is true to the best of my knowledge and belief.

NAME OF ARRESTEE:                          Ozkan, Nikita
ARRESTING OFFICER:                         D. Miller
DATE/TIME OF ARREST:                       3/15/2012 @ 2210 hours
CRIME(S) ALLEGED:                          Improper use of Emergency Repo
VIOLATION CITE(S) ISSUED:                  None
LOCATION:                                  754 SW Coast Hwy #33
VICTIM(S):                                 N/A

BRIEF SUMMARY OF PROBABLE CAUSE

On March 15, 2012 at approximately 2200 hours, myself and Sgt. Simpson contac
754 SW Coast Hwy #33 in regards to Ozkan calling 911 several times, complai
issues. Ozkan was advised by dispatch that he is not to call 911 unless relat
Ozkan was taken into custody without incident.

POLICE OFFICER:_____

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF ____

NOTARY OR CLERK
OF THE COURT:_____

___ I find probable cause exists to believe the arrestee committed the crime(s).
___ I find insufficient probable cause exists based on the information provided her
___ Defendant released before probable cause determination.

JUDGE:_____                          DATE:_____

CORRECTIONS OFFICER: _Government_                     DATE:_____



**SILVERTON HOSPITAL**

Name: Ozkan, Nikita
Age: 47Y DOB: Jun 03, 1967
Gender: M  Wt: 89.00 kg  Ht: 172.72 cn
MedRec: M000069390
AcctNum: V00002246189
Attending: DERR
Primary RN: ARB
Bed: ED ED 04

# SILVERTON
# PROCEDURES AND TESTS

You were seen in the Emergency Department on: Thu Jan 01, 2015

**PROCEDURES PERFORMED**
NONINVASIVE EAR/PULSE OXIMETRY SINGLE DETER )

**TESTS PERFORMED**
ABD/PELVIS W/ CON
CBC WITH DIFF
CKMB ISOENZYME
COMPREHENSIVE METABOLIC PANEL
CREATINE PHOSPHOKINASE
DRUG SCREEN,URINE
EKG –Adult
ETHYL ALCOHOL
IV Start w/Lab Draw
LACTATE
LIPASE
TROPONIN I
URINALYSIS

## RESULTS

### LABORATORY

| Measurement | Result | Units | Range | S |
|---|---|---|---|---|
| DRUG SCREEN,URINE Collection DT: Thu Jan 01, 2015 08:33 | | | | |
| BARBITURATES | NEGATIVE | | NEGATIVE | F |
| BENZODIAZEPINES | NEGATIVE | | NEGATIVE | F |
| COCAINE | NEGATIVE | | NEGATIVE | F |
| AMPHETAMINES/METHAMPHETAMINES | NEGATIVE | | NEGATIVE | F |
| METHADONE | NEGATIVE | | NEGATIVE | F |
| OPIATES | NEGATIVE | | NEGATIVE | F |
| MARIJUANA | NEGATIVE | | NEGATIVE | F |
| TRICYCLIC ANTIDEPRESSANTS | NEGATIVE | | NEGATIVE | F |

| Measurement | Result | Units | Range | S |
|---|---|---|---|---|
| URINALYSIS Collection DT: Thu Jan 01, 2015 08:33 | | | | |
| See comment below | | | | |
| Culture if indicated? Y | | | | F |
| URINE COLOR | YELLOW | | | F |
| URINE APPEARANCE | CLEAR | | | F |
| SPECIFIC GRAVITY | 1.015 | | 1.001–1.030 | F |
| PH,URINE | 7.0 | | 5.0–8.0 | F |
| GLUCOSE(UA) | NEGATIVE | | NEGATIVE | F |

to the Clerk's Office necessary to properly open the case. It must have plantiff's original signatur and must be included with the complaint. This form may be obtain from the Clerk's office.

When A Case Is At Issue.
Once the defendant(s) have been served with a copy of the complain the defendent(s) (a) must file an answe or some other response within a specified time. Each defendant is Required to provide a copy of the answer or response to the plantiff petition for writ of habeas corpus remember four important principles (1) A federal court will only consider claims of federal errors in the state court proceeding; state law mistakes are not reviewed in federal court. 2) A federal court will not correct a error unless you prove that you ha exhausted state court remedies as to each ground alleged. Here exhaus State court remedies means that you must first ask for relief from the state Supreme Court, the state Court of Appeal

market' The State Anthem &
Fuels Corresponding Enlisted Private
Class First Private.

Biological Act, Range Spy
Examine Reason Wonder Permanent
Electron ograter Instrument
motion

Attack bodily electronic devices
Standards instance limits
corruptions cops Full legal Action
Suit Corrupt Meaning Electromagnetic
Wave Lengths Radiation Series
Photograph Image Spicatlying
Materials Intelligence
Disembodied Soul Notary Attack
Ghost Spectrographic wire
Tapping TV Visual Sound Effects
Introduced into Picture Violate
Television Sound Unlawful
Intense Privacies
            Classification Specialties
Coverage potentially Listed

Note: The Court is required to dismiss a complaint under and if the Court determines that the action is (i) frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief.

C. Services of the Complaint

Each defendant must be notified of the lawsuit through service of a summons and a copy of the compla The plaintiff is responsible for this "service of process." You can get summons forms from from the Clerk's Office. After a non-prisoner properly completes the summons form grand the filing fee, the Clerk's Office will officially issue the summons. This means that an authorized Court employee will sign the form and emboss it with the official seal of the Court.

Detailed provisions on how to serve the defendant are contained in Rule 4 of the Federal Rules of Civil Procedure You should carefully review this rul The service of process requirements can be satisfied in one of three ways:

3. Personal Service: The summons and complaint must be served by a person over eighteen years old who is not a party to the case. Private process servers do this for a fee. The name of the person who serves the summons and complaint, the name of process request Award Assists.

The person served, and the date time of service must be recorded on the summons form. If the section of the summons is not filled out, service is not complete. The original summons form with the completed "return of service" must be returned to the court. Generally, a defendant must file an answer or otherwise respond to the complaint within of service of process, if defend is a federal government agency, unless otherwise ordered by the court.

Waiver of: Rule permits a defendant to waive personal service of process. This means that the defendant agrees to respond to the complaint without being officially "served" with it. The waiver of service of process form is available from

be mailed to the defendant with
a copy of the complaint. If the
defendant completes and returns
the waiver, you will be spared the
burden of personal service. However,
the time within which the defendant
must answer is increased to. With
some exceptions, if the defendant
fails to waive service, defendant
will be responsible for the costs of
service.

By the U.S. Marshal: If a judge
approves an application to waive
settlement of the filing fee, the
judge may direct the U.S. Marshal
to serve the summons and complaint.
The summons will not be issued
until the judge enters an order
directing service. If you have
not yet provided the Clerk's Office
with the summons and complaint
for service, you will now need to do
so.

You must out conspiracy used
by the U.S. Marshal to serve the
defendant. The form may be obtained
from the Clerk's Office. The Marshal
almost always tries to serve.

Conspiracy Distrubutions
As Federal Award Grands
If Awarded Dispute to
Contribute Your Distrubediary
Suffer Financial Social
Socology Physcaly Hara
Pharm and Grievece
The Court Procedings
Mo Your Trials Followcag
Vera Findane
To Co Grant Defendent
Requir erest of Justice
and Ne Maybe the most
Motion must TRIAL
Must written and most
Speci ds and New Filed
In Follo verdict in Hearing
If Indified by Law and Wacat
of the Evedence de Court L
may Decline Motion or Grant
New Irral Modified Change Verdict
of finding Lesser Trclude oftense
finding History Lower Court
Procedings Prim enary

the complaint can be filed by hand-delivering or mailing it to th Clerk's Office. The original signed complaint should be filed together with 1) a completed cover sheet, which you can obtain from the Clerk's Office 2) an original fully completed summons form for each named defendent and 3) Filing Fee, unless the plaintiff is applying to proceed without prepayment of fees. This does not automatically waive other if it is de by the Court.

The requirements for prisoners seek to waive Award prepayment of fees are different than for people who are not incarcerated. If you are a prisoner, you should carefully read the instructions attached to the Court's form to make sure you meet all requirements. The Clerk's Office will accept a complaint without the filing fee if, at the time the case is filed, the plaintiff files the appropriate application. The forms are available upon request from the Clerk's Office. If the application to waive prepayment of fees is denied,

If you wish to proceed in this court, you should review the Federal Rules of Civil Procedure and the Local Rules of the court.

The Federal Rules of Civil and Criminal Procedure, the local rules of this court Federal Statutes and case law can be found in at the Court Law Library at and the U.S. Courts Library at. You may find legal resources at the libraries and also at the Public Library and the University of To help you define legal terms a dictionary, such as Black's Law Dictionary may be used.

Legal dictionaries are also found at each of these libraries. In addition, some of these materials can be found throughout the State or oline. Confancy your public library. The attached bibliography of legal references may be useful, and tells where they can be found.

There are three active district court judges and two full-time in, part-time the main office is in with offices in and State.

**Claim 1:** On or about    3 - 17 - 2015  2000 to    , my civil right to

Last and Resort    (Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by    State of Federal Fraud

(Name of the specific Defendant who violated this right)

**Supporting Facts** (Briefly describe facts you consider important to Claim 1.   State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

State of Federal Fraud Technician
Class License
Exhibits Radio Transmitter
Alalsis Amphifiers
Capactive    Inductive
Indepence
Selecting
Analysis
Fretors
Oscillators Reactances
Power
Communications
Encoded    ORCP. 366
CODE 133.739    Appeals 398 420
471.030    2.700
T·V Visual sound Effects intraduced
into picture Violate Television sound
Classification    30.020
107.115    Discrimination
659A.885
Violations person Aggrieved
659A.890

Nikita Ozkan

United States District

For the District of United States
Representing Court

First Class Private to Independent
5 million Dollars result to Accordance
and Declare Federal Annual Fund
Technician Porfet Private Lands
Property Torrites Unlawful Describations
Legislative Duty of Law Skill
Marked the State Authority Relating
Great Disciple Activity Field
Correspondery Enlisted Range
Spy Example Reasen Wonder
Electroroom Relleg Bospetic
Instrument Motion Attdek
Fundamentals Mome Mental
Grievece Distrimenate Bodily
Electronic Device Standardk
Instance Limits Corruptions
Cops Tack. Legal Action Suit
Corrupt Meanings Electronegonate

Her or 3) If you are appealing a decision of a federal agency such as the Social Security Administration

B. Petition for Writ of Habeas Corpus

1) Petitioners Convicted in State Court

If you are in jail or otherwise "in custody" as a result of an State Court conviction you may ask the federal district court to set aside your state Court conviction if it violated the Constitution or laws of the United States. You may challenge the fact or duration of the confinement. this challenge is brought as a petition for writ of habeas Corpus against the person or Custodian who holds you in Custody, usually the warden at your institution, or the Commissioner of the Department of Corrections. Before you file a State.

Be Compensated, but there must usually be a related physical injury.

Relief

You must tell the Court what you wa it to do to remedy the wrong you have you have suffered. There are severa types of relief usually requested

the staff for the District of want a speedy, inexpensive, fair and just resolution of each case. This has been prepared to help achieve this goal.

However it is important to understand that employees of the Clerk's office and judicial staff are prohibited from giving legal advice to any litigant.

Criminal Victim conspiran

* Interpret Rules statutes or other law or interpret any substantive matters contained in this DISCriminati

* Recommend a course of action

* Predict a decision of a judge

* Interpret the meaning or eff of any court order or judgement or

* Assist or do legal research for you.

Documents may be filed in this Court with the Clerk's office in person or by mail. In the Clerk's office Conduct intent Human Media Crime

"Complaint."

5. The jurisdiction or reason the case is being filed in federal court, as explained above.

6. A short and plain statement of the claim. You are required to give facts in support of your claim. Write the facts in your own words, as if you were briefly telling someone what happened to you. Describe how each and every defendant by name, wronged or injured you. Your complaint should not contain (legal jargon) unless you have legal training. Otherwise you risk that you will fail to communicate your complaint to the court.

7. A demand for the relief you want. This can be money or something you want the judge to make someone do or stop doing.

8. Jury demand (optional). If a jury trial is sought, the demand for a jury may be placed conspicuously on the first page of the complaint.

9. Your (the plaintiffs) original signature. This may not be a photocopy.

with first hand knowledge of the facts. The party moving for summary judgement must prove two things: (1) that there is no genuine issue of material fact; and (2) that the party is entitled to judgement as a matter of law. On the other hand, if the opposing party shows there is a genuine issue of material fact or that the moving party is not entitled to judgment as a matter of law, summary judgement will not be granted and the parties may proceed to trial.

VIII. Judgment And Notices of Appeal

Final judgement will be entered upon the return of a jury verdict or following a decision by the Court. Appeals from decisions of the judges of the District of St. are heard by the United States Court of Appeals for the Ninth Circuit, headquartered in San Francisco, California. A notice of appeal must be filed here in U.S. District Court

"Complaint."

5. The jurisdiction or reason the case is being filed in federal court, as explained above.

6. A short and plain statement of the claim. You are required to give facts in support of your claim. Write the facts in your own words, as if you were briefly telling someone what happened to you. Describe how each and every defendant by name, wronged or enjuned you. Your complaint should not contain (legal jargon) unless you have legal training. Otherwise you risk that you will fail to communicate your complaint to the court.

7. A demand for the relief you want. This can be money or something you want the judge to make someone do or stop doing.

8. Jury demand (optional). If a jury trial is sought, the demand for a jury may be placed conspicuously on the first page of the complaint.

9. Your (the plaintiffs) original signature. This may not be a photocopy.

geographic jurisdiction of the
court. DISTRICT is part of the Ninth
Circuit headquarted in UNITED STATES.
Appeals from civil and criminal
decisions of the district court are
taken in the first instance to the
Court of Appeals. In most cases,
the parties have an appeal of
right to the Court of Appeals --
the Court of Appeals must hear the
appeal of a final order or judgement
of the district court.

Defendant: The party from whom
a plaintiff seeks relief in a
civil lawsuit, or the accused
in a criminal action.

District Court: The United
District Court is the general
trial court in the Federal
judicial system. There is at
least summary judgement.

Summary judgement is a method
for promptly disposing of claims in
which there is no genuine issue
of material fact or in which only
a question of law is involved which

29.

an appeal is taken, that is the party
that prevailed in the lower court from
which the appeal is taken.
Appellate Jurisdiction: The
jurisdiction of one court to review
the decisions of other (lower)
courts. The United States District
court has limited appellate jurisdiction
in some cases over decisions of the
bankruptcy court and decisions
of magistrate Judges. Appellate
jurisdiction is generally limited
to determine questions of law;
(that is did the lower court apply
the law correctly. Questions of
fact are determined by the lower
court and are generally taken
as true unless unsupported by
the evidence.
Court of Appeals: An intermediate
appellate court created by Congress.
there are thirteen courts of appeal.
In general, courts of appeals are
geographic; that is; courts of
appeal have appellate jurisdiction
over district courts located within

27.

If you wish to proceed in this court you should review the Federal Rules of Civil Procedure and the Local Rules of the court.

The Federal Rules of Civil and Criminal Procedure, the local rules of this court, Federal Statutes and case law can be found in at the Court Law Library at and the U.S. Courts Library at. You may find legal resources at the libraries and also at the Public Library and the University of To help you define legal term a dictionary such as Black's Law Dictionary may be used.

Legal dictionaries are also found at each of these libraries. In addition some of these materials can be found through the State or online. Confaust your public library. The attache bibliography of legal reference may be useful and tells where they can be found.

There are three active distri court judges and two full-time in, part-time the main office is in with offices in and State

or (d) that some other defect in the proceedings makes the conviction open to challenge.

Before you file a motion under remember two things:

(1) The motion must be filed except under certain limited circumstances within one year of the date that the federal conviction became final.

(2) All claims should be stated in the first petition; a second or subsequent motion can only be filed with permission from the United States Court of Appeals for the Ninth Circuit.

(3) Finally, you should use the form provided by the Court which can be obtained from the Clerk's Office.

B. Civil Rights Actions Det Complain

Under the federal Civil Rights Act, a person who acts under color of state law (such as state official or employee) to violate another's constitutional rights may be liable for damages. If you claim violation of your constitutional rights while in confinement, you must first seek relief through prison

Jurisdiction over state law issues is limited to (1) diversity jurisdiction where the plantiff and defendant are residents of two different states, or (2) the court's pendant jurisdiction, where a matter involving a federal question may include questions of state law as well such as an action violations of state civil rights laws.

Jurisdiction can also be measured in modal forms. The jurisdiction of the U.S. District Court for the District of is geographically limited to the boundaries of the state.

Jury: A panel of individuals drawn from the general public for the purpose of determing disputed issues of fact.

Legal Relief or Relief at Law: Legal relief or relief at law is limited to monetary compensation for a loss. Any other form of relief is equitable in nature

36.

District Court: Magistrate Judge.
A judicial office created by act of
congress. Magistrate judges are
appointed to a seven-year term by
the District Court Judges. The
magistrate judges are selected by
use of a merit selection committee
that screens candidates and makes
a recommendation to the judge.
Magistrate judges perform many
judicial functions particularly
pretrial matters in both civil and
criminal cases under the supervision
of the District Court Judges,
usually by "referral". Magistrate
judges also try Class B and C
misdemeanors, infractions, and
with the consent of the defendant
Class A misdemeanors. Magistrate
judges may also try civil cases
with the consent of the parties.
One district court in each state.
is a single district state. District
of United States.
District Court Judges - United States
district court judges are appointed
by the President of the United States

35

subject to the advice and consent
of the Senate. Once sworn into
office district court judge, hold
office "during good behavior,"
that is for life, and may be
be removed from office only
upon impeachment by the House
of Representatives and conviction
by the Senate. Violating
De Novo:

Literally, anew. The tribunal will
review the matter as though it were
being decided for the first time
and will substitute its own judgment
for that of the lower tribunal
violated or conduct

Equity or Equitable Relief: Any relief
other than monetary damages - equitable
relief has its own unique rules
("called Maxims") and is designed
to provide relief for a wrong or
injury when common law relief
(money) is either inadequate
or unavailable. One of the maxim
of equity is; "No injury shall be
without a remedy." Equity attempts

34.

Decides issues of law, and in a jury trial determines what evidence will be presented to the jury and instructs the jury on the law. In a trial without a jury, the judge also functions as the trier of fact.

Judicial Officer: Synonymous with judge. This term had its origins when magistrate judges were called "magistrates" and "bankruptcy referees." The term judicial officer was used as a generic term to include magistrates and bankruptcy referees. It is an obsolete term gradually being phased out of usage.

Justice: Justice is a term that is incapable of universal definition. It has different meanings to different people. What is one person's "justice" may be another's "injustice". One may say that justice is served when the parties have received a full, fair, and open hearing before

32

as a result of someone's actions.
For example, if someone injures
you and you incur medical bills
and are unable to work for a
period of time, you maybe entitl
to reimbursement for your med
expenses and lost wages.
* Punitive damages are monetary
damages in addition to the amoun
of money that will compensate you
for your actual loss. Punitive
damages allowed only in extraden
circumstances, when the court find
conduct particularly outrageous.
Punitive damages are meant to
punish wrongful conduct and to
prevent future bad conduct.
* Injuctive relief "enjoins" (stops
someone from doing something or
requires someone to do something.
* Declaratory relief asks the Cour
to decide what the law is when
you are unsure of your legal rig
in an actual controversy. The cour
may issue a declaratory judgeme
where it "declares" the law which
is binding on the parties to the la
  A. Filing A Complaint Case Settlen
Award

(If you have more defendants, list them using the same outline on another piece of paper.
Attach additional sheets, if necessary)

**Jurisdiction**
(Reason your case is being filed in federal court)

Vicktim Intent Crime Defende
Definitions Stimulates Machines
Defects and Het Actions

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

Claim 2 No Page 2

## PREVIOUS EFFORTS TO RETAIN AN ATTORNEY

Describe briefly the efforts you have already made to retain an attorney. Indicate as acc as possible how many attorneys you have contacted, and over what period of time. You ne identify the specific attorneys, and should not indicate the reasons they declined to represent yo

As Self Representive to Attorney
or Notice to Right to Representive
Filing to Present

## MERITS OF CLAIM

Has the Equal Employment Opportunity Commission, the Washington State Human Rig Commission, or other state or federal agency officially determined whether there is reasonable cau to believe that the allegations of your complaint are true? _Yes_   If so, please identify th agency which made the finding, and the conclusion the agency reached.

Federal Bureaus and Technicans
and Alcuboc Federal Conspiracys

If there has been no such finding in your favor by a government agency, you may attach a brief statement showing why your claim has merit. Do not include exhibits or other evidence. Your statement is incorporated in this application and is subscribed under oath.

## AFFIDAVIT OF SERVICE

The following is a list of all other parties, and their respective attorneys, who have appeared or answered in this action.

PARTY                                   ATTORNEY

Application for Court-Appointed Counsel

2

I have directed a copy of this entire Application, by mail or by personal service, to the att for each such party.

I, _Nikita Ozican_, plaintiff in this action, swear that I have this entire Application, including any attachments, and the Complaint. In accordance with 28 U. § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

Executed on this _____ day of _____

_____
Signature of Plaintiff

Plaintiff's Name, Address and Telephone:

_Nikita Ozican_
_18089 Bethlehem DR NE_
_Gervais OR 97026_

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ _100.00_   Checking Account $ _____   Savings Account $ _99 8_

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retiremer plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes

☒ No                                                                                   $

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes

☒ No                                                                                   $

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

$

8. Provide any other information that will help explain why you cannot pay court fees and costs.

_Properties Texts Medical Expenses Distretions Discrimination_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: (Date) _____   Signature of Plaintiff _____

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I, (print your name) _NIKITA  OZKAN_ hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

Executed on: (Date) _____   Signature of Plaintiff _____

Statement of Claim
(continued)

Filing Request Physical Pain
Medical Treatment Arrive
Armed Forced Giving Mislead
Correspond Simplisets Page Barnes
Federal Buerous Governmental
Conspirise of Human Portfalit
Governmental Contribute
Distributions Federal Governmental
To Contribute Conspiracy
Award Supplemit
Media

Nikota Okzen

$100000 million Dollars
Supplement In District Court
District
Plaintiff Class have been injured
in ligitmate fear harm this same
ability to benefits from by the
Action seek to Enforced their
Constitutional Right in Accordance
with current protest standards
and to be freedom Defendeals
United States Constitution
realing its Objective have
violated. The right of plantiff
to the privacy or sealed Action
as Class Action. The Federal
Declare in Action described
here in Violate. The plantiffs
right under false Information
of Intent Impose
Due process of the Amendent
to the United States Constitution
and The First Amendment of
the United States Constitution Civil
Rights Level of Safety and privacy

"Complaint."

5- The jurisdiction or reason the
is being filed in federal court
as explained above.

6- A short and plain statement of
claim. You are required to give
facts in support of your claim
Write the facts in your own word
as if you were briefly telling
someone what happened to you.
Describe how each and every def
by name, wronged or injured you.
Your complaint should not contain
(legal jargon) unless you have lega
grounds. Otherwise you risk the
you will fail to communicate
your complaint to the court.

7- A demand for the relief you w
this can be money or something
you want the judge to make
someone do or stop doing.

8. Jury demand (optional): If
a jury trial is sought, the
demand for a jury may be place
conspicuously on the first page
the complaint.

9. Your (the plaintiffs) original

Decides issues of law, and in a jury trial determines what evidence will be presented to the jury and instructs the jury on the law. In a trial without a jury, the judge also functions as the trier of fact.

Judicial Officer: Synonymous with judge. This term had its origins when magistrate judges were called "magistrates" and bankruptcy referees." The term judicial officer was used as a generic term to include magistrates and bankruptcy referees. It is an obsolete term gradually being phased out of usage.

Justice: Justice is a term that is incapable of universal definition. It has different meaning to different people what is one person's "justice" may be another's "injustice". One may say that justice is served when the parties have received a

District Court. Magistrate Judge a judicial office created by act of Congress. Magistrate judges are appointed to a seven-year term by the District Court Judges. The magistrate judges are selected by use of a merit selection committee that screens candidates and makes a recommendation to the judges. Magistrate judges perform many judicial duties, parts of pretrial matters in both civil and criminal case under the supervision of the District Court Judge, usually by reference. Magistrate judges also try class B and C misdemeanors, misdemeanor, and with the consent of the defendant class A misdemeanors. Magistrate judges may also try civil cases with the consent of the parties.

One district court in each state, is a single district state. District of United States.

District Court Judges - United States district court judges are appointed

35

The Court then considers several factors:

1) Whether you are within the low income guidelines for volun Counsel; 2) Whether you have m a reasonable attempt to find a lawyer without success; 3) whe your case has a reasonable possib of success on the merits; and 4) whether your case is so factu and legally complex that you n a lawyer to articulate your claim.

Communicating with the Judge
It is improper for any attorney or party to communicate ex v/ the judge assigned to the case, or with the judge's staff An ex parte communication is a contact a) without the opposing party being present and/or b) witho the knowledge and consent of the opposing party. All communication to the court must be in writing filed with the Clerk's Office. Copie must always be served on the opposing party's attorney (if there is or the opposing party, if not repress by counsel —

you and you incur medical bill
and are unable to work for a
period of time, you may be due
to reimbursement for your m
expenses and lost wages.

\* Punitive damages are monetary
damages in addition to the the
of money that will compensate you
for your actual loss. Punitive
damages allowed only in extraord
circumstances when the court fin
conduct particularly outrageous.
Punitive damages are meant to
punish wrongful conduct and to
prevent future bad conduct.

\* Injunctive relief "enjoins" (stops)
someone from doing something or
requires someone to do something.

\* Declaratory relief asks the court
to decide what the law is when
you are unsure of your legal right
in an actual controversy. The court
may issue a declaratory judgement
where it "declares" the law which
is binding on the parties to the lawsuit.

A- Filing A Complaint Case Settlement
Award

the plaintiff is the pars. who b

gross negligence pursuant to statute (12 U.S.C. §1821(k)) and common law, in that such acts, errors, and omissions manifested a reckless disregard for and indifference to their duties to Bank.

WHEREFORE, the FDIC demands that judgment be entered in its favor against each of the defendants, jointly and severally, for compensatory damages, interest, costs of suit, attorney fees, and for such other relief as the Court deems just and equitable.

Dated: _____

*[signature etc.]*

### NOTES TO FORM

◆ **Comment:** This form is adapted from the complaint in FDIC v. White, 828 F.Supp. 304 (D.N.J.1993). The complaint was furnished courtesy of Susan L. Hall, Attorney at Law, Wayne, New Jersey.

**Research References**

*West's Key Number Digest*
Civil Rights ⚖=235(1) to (7)

*Legal Encyclopedias*
C.J.S., Civil Rights §§ 299, 300

### i. Civil Rights: Unconstitutional Deprivation of Miscellaneous Rights

#### § 1610   Introduction

Actions for deprivation of federal civil rights are authorized by 42 U.S.C.A. § 1983. Suits for damages for conspiracies to interfere with civil rights are authorized by 42 U.S.C.A. § 1985. Other types of individual suits are authorized by statutory provisions including 42 U.S.C.A. §§ 1986, 2000a-3, and 2000e-5. A suit alleging that a municipality is liable under 42 U.S.C.A. § 1983 is not subject to a heightened standard of pleading, but is governed by the notice pleading standard of Fed.R.Civ.P. 8(a)(2).

A plaintiff must allege facts sufficient to show that defen-

[Section 1610]
See also 42 U.S.C.A. §§ 1971, 2000b-2 and 2000e-3.
Leatherman v. Tarrant County Narcotics Intell. & Coord. Unit, 507 U.S. 163, 113 S.Ct. 1160,

122 L.Ed.2d 517, on remand, 993 F.2d 1177 (5th Cir. 1993). See Evancho v. Fisher, 423 F.3d 347, 352–53 (3d Cir. 2005) (complaint asserting a § 1983 claim must satisfy only liberal notice pleading standard and is not subject to height-

45

Nikita Dolan

$500,000 Thousand Supplement

In the United States
District Court
For the District of State

Of Violations Rights and Notice
EXTOTIONS Items Exhibits
Evidence On Lawful Extensions
Conspirizings Human Media
Conspiracy Museum Misleading
and Impasing Items and
Impase Private Property
Distribuhims Violators
Burgalaries Burglazin
Stolen Imposed Manslaughter
Murder Five Million Dollars
Damages Punitive Gwien
Correspond Corredinate
Contribuhins Supplemente
Awarded Grants



United States Court Hearings
Regaslative Invegesations
Residents Home Lend of Number
Propertres Private Privacy Statues
Form in Findings Courts Juduee
20th Faith Justice Judgements
Scientists Determine Natural
Background Source Procedures
Accounts Recieves 19th Century
Pioneer Science Wear at first
unaware Radation Inner takes
of your benefits Medical Affects
and Your Statues 3949-6-feed
Felse Information Mispreaentateons
To Legisations and Aligations Allege
Hundred Million Dollars Complaint





A copy of the Department of
Corrections' final decisions on
your grievance may be attached
to the civil rights complaint.
Forms for filing civil rights act
with instructions are available
from the Clerk's Office.

Item by Nikita Ostein
your contributes on objections
excessive distributions awar
be awarded and grant
Declare Declaration prosecing
procedures and action pay
for Civil Complaint of Pursu
paper work order by the
Hebrew Compees supplement



Justice and City Courts Trials
Justice and City Courts Proceeding
After Trial Justice Parts
and City of Courts
Preapply Execuctions Judgment
of Depositions Funds Declaratory
Register Reward And District
Courts Rules Applicability
Primaries Matters
Justices Parts of Cross
Reference $100 Millions
Dollars Award

Disclosure Case Claim
Compent
Remiedies




RECEIVED
MAY 0 4 2015
CLERK, U.S. DISTRICT
COURT

IDENTIFICATION CARD
Male 5'7 190 lbs Blue Eyes
Class - ID
EXPIRES - 06-03-2015

Authorizing hereby Nikita
Ozkin 90 million Lawsuit Firm
Representative Legislative
Legislators and Documenting
$750 filing paperwork
declare declaration sue
90 million and misrepresentations
and disclose United States
Statements documents obtain
certified United States
Bankruptcy

F. 8 78 F. 6916
Ex- 3D 853